AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| JO ANNE GRAFF <br> Plaintiff <br> v. <br> LAW OFFICE OF DOUGLAS R. BURGESS, LLC <br> Defendant | ) <br> ) <br> ) Civil Action No. C08 01821 JW PVT <br> ) <br> ) |

### Summons in a Civil Action

To:  LAW OFFICE OF DOUGLAS R. BURGESS, LLC
         *(Defendant's name)*

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Fred W. Schwinn
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: APR 0 4 2008

Deputy clerk's signature
Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Fred W. Schwinn (SBN 225575)<br>Consumer Law Center, Inc.<br>12 South First Street, Suite 1014<br>San Jose, California 95113-2418<br>TELEPHONE NO.: (408) 294-6100   FAX NO. *(Optional)*: (408) 294-6190<br>E-MAIL ADDRESS *(Optional)*: fred.schwinn@sjconsumerlaw.com<br>ATTORNEY FOR *(Name)*: PLAINTIFF | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: UNITED STATES DISTRICT COURT FOR THE
MAILING ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
CITY AND ZIP CODE: 280 South First Street, Room 2112
BRANCH NAME: San Jose, California 95113

| PLAINTIFF/PETITIONER: JO ANNE GRAFF | CASE NUMBER:<br>C08-01821-JW-PVT |
|---|---|
| DEFENDANT/RESPONDENT: LAW OFFICE OF DOUGLAS R. BURGESS, et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Order Setting Initial Case Management Conference; Standing Order Regarding Case Management in Civil Cases; Consent to Proceed Before a US Magistrate Judge; ECF Registration Information Handout
3. a. Party served *(specify name of party as shown on documents served)*:
      Law Office of Douglas R. Burgess, LLC

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Douglas Robert Burgess, Managing Member

4. Address where the party was served:
   480 Ridge Road West, 2nd Floor
   Rochester, NY 14615-2823
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)* :     (2) at *(time)* :
   b. [ ] **by substituted service.** On *(date)* :     at *(time)* :     I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)* :     from *(city)*:     or [ ] a declaration of mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | *Martin Dean's*<br>**ESSENTIAL FORMS™** | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: JO ANNE GRAFF | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: LAW OFFICE OF DOUGLAS R. BURGESS | C08-01821-JW-PVT |

5.  c.  [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date)*: April 7, 2008          (2) from *(city)*: San Jose, California
    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)
    (4) [X] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
    d.  [ ] **by other means** *(specify means of service and authorizing code section)*:

    [X] Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    a.  [ ] as an individual defendant.
    b.  [ ] as the person sued under the fictitious name of *(specify)* :
    c.  [ ] as occupant.
    d.  [ ] On behalf of *(specify)* :
        under the following Code of Civil Procedure section:
        [ ] 416.10 (corporation)               [ ] 415.95 (business organization, form unknown)
        [ ] 416.20 (defunct corporation)       [ ] 416.60 (minor)
        [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
        [ ] 416.40 (association or partnership)   [ ] 416.90 (authorized person)
        [ ] 416.50 (public entity)             [ ] 415.46 (occupant)
                                               [ ] other:

7.  **Person who served papers**
    a.  Name: Fred W. Schwinn (SBN 225575)
    b.  Address: 12 South First Street, Suite 1014, San Jose, CA 95113-2418
    c.  Telephone number: (408) 294-6100
    d.  **The fee** for service was: $
    e.  I am:
        (1) [ ] not a registered California process server.
        (2) [X] exempt from registration under Business and Professions Code section 22350(b).
        (3) [ ] registered California process server:
            (i)   [ ] owner   [ ] employee   [ ] independent contractor.
            (ii)  Registration No.:
            (iii) County:

8.  [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or

9.  [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: June 6, 2008

Fred W. Schwinn (SBN 225575)                                        ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                (SIGNATURE)

MC-020

| SHORT TITLE: GRAFF v. LAW OFFICE OF DOUGLAS R. BURGESS | CASE NUMBER: C08-01821-JW-PVT |



(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, **not** line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 3

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501