AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

E-FILING

| | |
|---|---|
| JO ANNE GRAFF | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| LAW OFFICE OF DOUGLAS R. BURGESS, LLC | ) |
| Defendant | ) |

C08- 01821  PVT

Summons in a Civil Action

To:   ACCOUNT MANAGEMENT SERVICES
         *(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Fred W. Schwinn
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California  95113-2418

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

APR 0 4 2008

Date: _____

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature
Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Fred W. Schwinn (SBN 225575)<br>Consumer Law Center, Inc.<br>12 South First Street, Suite 1014<br>San Jose, California 95113-2418<br>TELEPHONE NO.: (408) 294-6100   FAX NO. *(Optional):* (408) 294-6190<br>E-MAIL ADDRESS *(Optional):* fred.schwinn@sjconsumerlaw.com<br>ATTORNEY FOR *(Name):* PLAINTIFF | **FOR COURT USE ONLY** |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**<br>STREET ADDRESS: UNITED STATES DISTRICT COURT FOR THE<br>MAILING ADDRESS: NORTHERN DISTRICT OF CALIFORNIA<br>CITY AND ZIP CODE: 280 South First Street, Room 2112<br>BRANCH NAME: San Jose, California 95113 | |
| PLAINTIFF/PETITIONER: JO ANNE GRAFF<br>DEFENDANT/RESPONDENT: LAW OFFICE OF DOUGLAS R. BURGESS, et al. | CASE NUMBER:<br>C08-01821-JW-PVT |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

POS-010

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)* : Order Setting Initial Case Management Conference; Standing Order Regarding Case Management in Civil Cases; Consent to Proceed Before a US Magistrate Judge; ECF Registration Information Handout
3. a. Party served *(specify name of party as shown on documents served):*
      Account Management Services

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Delaware Business Incorporators, Inc.

4. Address where the party was served:
   3422 Old Capital Trail, Suite 700
   Wilmington, DE 19808-6124

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)* :                    (2) at *(time)* :
   b. [ ] **by substituted service.** On *(date)* :           at *(time)* :           I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)* :           from *(city):*           or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | *Martin Dean's*<br>**ESSENTIAL FORMS™** | **PROOF OF SERVICE OF SUMMONS** |

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: JO ANNE GRAFF | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: LAW OFFICE OF DOUGLAS R. BURGESS | C08-01821-JW-PVT |

5.  c. [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
    (1) on *(date)*: April 7, 2008    (2) from *(city)*: San Jose, California
    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)
    (4) [X] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
    d. [ ] **by other means** *(specify means of service and authorizing code section)*:

    [X] Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    a. [ ] as an individual defendant.
    b. [ ] as the person sued under the fictitious name of *(specify)* :
    c. [ ] as occupant.
    d. [ ] On behalf of *(specify)* :
       under the following Code of Civil Procedure section:
       [ ] 416.10 (corporation)                 [ ] 415.95 (business organization, form unknown)
       [ ] 416.20 (defunct corporation)         [ ] 416.60 (minor)
       [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
       [ ] 416.40 (association or partnership)  [ ] 416.90 (authorized person)
       [ ] 416.50 (public entity)               [ ] 415.46 (occupant)
                                                [ ] other:

7.  **Person who served papers**
    a. Name: Fred W. Schwinn (SBN 225575)
    b. Address: 12 South First Street, Suite 1014, San Jose, CA 95113-2418
    c. Telephone number: (408) 294-6100
    d. **The fee** for service was: $
    e. I am:
       (1) [ ] not a registered California process server.
       (2) [X] exempt from registration under Business and Professions Code section 22350(b).
       (3) [ ] registered California process server:
           (i)   [ ] owner  [ ] employee  [ ] independent contractor.
           (ii)  Registration No.:
           (iii) County:

8.  [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or

9.  [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: June 6, 2008

Fred W. Schwinn (SBN 225575)                                       ▶ _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                      (SIGNATURE)



| SHORT TITLE: GRAFF v. LAW OFFICE OF DOUGLAS R. BURGESS | CASE NUMBER: C08-01821-JW-PVT | MC-020 |
|---|---|---|

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | $2.67 | 0012 |
| Certified Fee | | $2.65 | 09 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $7.47 | 04/07/2008 |

Sent To: Account Management Services Rochester
Street, Apt. No.; or PO Box No.: 3422 Old Capital Trail, Suite 700
City, State, ZIP+4: Wilmington, DE 19808-6124

7008 0150 0001 3205 6802

PS Form 3800, August 2006    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Account Management Services
Rochester, LLC
c/o Delaware Business
Incorporators, Inc.
3422 Old Capital Trail,
Suite 700
Wilmington, DE 19808-6124

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X _Denise Burcess_ ☐ Agent ☐ Addressee
B. Received by (Printed Name) Denise Burcess    C. Date of Delivery 4/10
D. Is delivery address different from item 1? ☒ Yes   If YES, enter delivery address below: ☐ No
3422 Old Capital Trl
Wilm. DE.

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 0150 0001 3205 6802

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, **not** line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.    Page 3

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form
Martin Dean's Essential Forms ™

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501