AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

E-FILING

| JO ANNE GRAFF | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| LAW OFFICE OF DOUGLAS R. BURGESS, LLC | ) C08 01821 JW |
| Defendant | ) PVT |

**Summons in a Civil Action**

To:  MARK F. BOHN
     *(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Fred W. Schwinn
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

APR 0 4 2008

Date: _____

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature
Tiffany Salinas-Harwell

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Northern California U.S. District Court
Court#: C08-01821    MCSO#: 08003251

Jo Anne Graff
        -vs-
Law Office of Douglas R. Burgess, LLC

STATE OF NEW YORK
County of Monroe

Philip Gombatto of the Monroe County Sheriff's Office being duly sworn, deposes and says that he is over 21 years of age and a Deputy Sheriff for the office of sheriff for the County of Monroe. The deponent further states that he is not a party to this action.

That on 6/3/2008 at 9:25 AM at 400 Linden Oaks Drive Rochester, NY 14625-2818 deponent served the within Summons, Complaint, Supporting Papers, Information Packet, Order Setting Initial Case Management Conference and ADR Deadlines on Mark F. Bohn by delivering thereat a true copy of each personally; deponent knew the person so served to be the person described as said servee therein.

Deponent describes the individual as follows:

SEX: Male                                HAIR: Black
SKIN: White                              AGE: 42
DOB: 2/7/1966                            WEIGHT: 260
HEIGHT: 6'2"
OTHER:

Comment:
Uncooperative subject.

                                              Deputy Sheriff
                                              Philip Gombatto

Subscribed and sworn
on Before me this
June 3, 2008

NOTARY PUBLIC

MARIE F. WILCOX
NOTARY PUBLIC, State of New York
No. 01WI4772800
Qualified in Monroe County
My Commission Expires July 31, 20/2