1  Brett Pedersen, Esq. SB# 146341
   Bradley & Pedersen
2  Attorneys At Law
   50 California Street, Suite 3500
3  San Francisco, CA 94111
   Telephone (415) 434-3101
4

5  Attorneys For Defendants
   Law Office of Douglas R. Burgess, LLC,
6  Douglas Robert Burgess
   United States Credit Agency, LLC fka First
7  American Investment Company, LLC

8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JO ANNE GRAFF, | No. C 08 01821 |
| Plaintiff, | |
| v. | STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE AN ANSWER UNTIL JULY 11, 2008 |
| LAW OFFICE OF DOUGLAS R. BURGESS, LLC, ET AL., | |
| Defendants. | |

Stipulation

1  IT IS HEREBY STIPULATED by and between plaintiff JO ANNE GRAFF and
2  defendants LAW OFFICE OF DOUGLAS R. BURGESS, LLC., DOUGLAS ROBERT
3  BURGESS, and UNITED STATES CREDIT AGENCY, LLC. fka FIRST AMERICAN
4  INVESTMENT COMPANY, LLC. that plaintiff will extend the time allowed for the above named
5  defendants to file their answer until July 11, 2008.

Dated: 6/16/08

_____
Fred W. Schwinn
Attorney for Plaintiff Jo Anne Graff

Dated: 6/16/08

_____
Brett Pederson
Attorney For Defendants
Law Office of Douglas R. Burgess, Douglas Robert Burgess
and United States Credit Agency, LLC., fka First American
Investment Company, LLC.

Stipulation                                                                 2