1  Mark E. Ellis - 127159
   June D. Coleman - 191890
2  ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
   555 University Avenue, Suite 200 East
3  Sacramento, CA  95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821

5  Attorneys for
   DEFENDANTS DOUGLAS MACKINNON AND MARK BOHN
6

7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
9                           SAN JOSE DIVISION
10

11
                                              Case No.:  C08-01821 JW PVT
12  JO ANNE GRAFF
                                              **STIPULATION AND [PROPOSED] ORDER
13          Plaintiff,                        EXTENDING TIME DEFENDANTS BOHN
    v.                                        AND MACKINNON'S TO RESPOND TO
14                                            COMPLAINT**
    LAW OFFICE OF DOUGLAS R. BURGESS,
15  LLC; DOUGLAS ROBERT BURGESS;
    UNITED STATES CREDIT AGENCY fka
16  FIRST AMERICAN INVEMENT COMPANY,
    LLC; ACCOUNT MANAGEMENT SERVICES
17  ROCHESTER, LLC; MARK F. BOHN; and
    DOUGLAS J. MACKINNON, SR.,
18
            Defendant
19

20
21      At the request of Defendants MARK F. BOHN and DOUGLAS J. MACKINNON, SR.,
22  plaintiff has agreed to stipulate to extend the time to file a responsive pleading until July 11, 2008.
23  This will allow plaintiff and her counsel time to further investigate whether personal jurisdiction exists
24  as to these defendants.  Therefore, Defendants MARK F. BOHN and DOUGLAS J. MACKINNON,
25  SR., specially appearing for this limited purpose, request that the Court extend the deadline to respond
26  to the Complaint until July 11, 2008.  This will allow Defendants MARK F. BOHN and DOUGLAS J.
27  MACKINNON, SR. newly retained counsel a short period of time to review and analyze the case
28

- 1 -

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME DEFENDANTS BOHN AND MACKINNON'S TO
RESPOND TO COMPLAINT

before responding. Defendants MARK F. BOHN and DOUGLAS J. MACKINNON, SR., are unaware of any other time modifications that have occurred in this case.

Dated: June 20, 2008                    Consumer Law Center, Inc.

                                        By  /s/
                                        _____
                                        Fred W. Schwinn
                                        Attorney for Plaintiff
                                        JO ANNE GRAFF

Dated: June 20, 2008                    Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP

                                        By  /s/
                                        _____
                                        June D. Coleman
                                        Attorney for Defendants
                                        DOUGLAS MACKINNON AND MARK BOHN

   GOOD CAUSE existing, the time to respond to the Complaint is extended to July 11, 2008.

Dated: June 20, 2008

                                        By _____
                                        The Honorable James Ware, United States District Court

- 2 -

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME DEFENDANTS BOHN AND MACKINNON'S TO RESPOND TO COMPLAINT