```
1  | Mark E. Ellis - 127159
   | June D. Coleman - 191890
2  | ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
   | 555 University Avenue, Suite 200 East
3  | Sacramento, CA  95825
   | Tel: (916) 283-8820
4  | Fax: (916) 283-8821
5  | Attorneys for
   | DEFENDANTS DOUGLAS MACKINNON AND MARK BOHN
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JO ANNE GRAFF<br><br>Plaintiff,<br>v.<br><br>LAW OFFICE OF DOUGLAS R. BURGESS, LLC; DOUGLAS ROBERT BURGESS; UNITED STATES CREDIT AGENCY fka FIRST AMERICAN INVEMENT COMPANY, LLC; ACCOUNT MANAGEMENT SERVICES ROCHESTER, LLC; MARK F. BOHN; and DOUGLAS J. MACKINNON, SR.,<br><br>Defendant | Case No.:  C08-01821 JW PVT<br><br>**STIPULATION AND** xxxxxxxxxxxx **ORDER EXTENDING TIME DEFENDANTS BOHN AND MACKINNON'S TO RESPOND TO COMPLAINT** |

At the request of Defendants MARK F. BOHN and DOUGLAS J. MACKINNON, SR., plaintiff has agreed to stipulate to extend the time to file a responsive pleading until July 11, 2008. This will allow plaintiff and her counsel time to further investigate whether personal jurisdiction exists as to these defendants. Therefore, Defendants MARK F. BOHN and DOUGLAS J. MACKINNON, SR., specially appearing for this limited purpose, request that the Court extend the deadline to respond to the Complaint until July 11, 2008. This will allow Defendants MARK F. BOHN and DOUGLAS J. MACKINNON, SR. newly retained counsel a short period of time to review and analyze the case

- 1 -

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME DEFENDANTS BOHN AND MACKINNON'S TO RESPOND TO COMPLAINT

before responding. Defendants MARK F. BOHN and DOUGLAS J. MACKINNON, SR., are unaware of any other time modifications that have occurred in this case.

Dated: June 20, 2008                              Consumer Law Center, Inc.

                                                  By  /s/
                                                      Fred W. Schwinn
                                                      Attorney for Plaintiff
                                                      JO ANNE GRAFF

Dated: June 20, 2008                              Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP

                                                  By  /s/
                                                      June D. Coleman
                                                      Attorney for Defendants
                                                      DOUGLAS MACKINNON AND MARK BOHN

   GOOD CAUSE existing, the time to respond to the Complaint is extended to July 11, 2008.

Dated: June 23, 2008

                                                  By  /s/ James Ware
                                                      The Honorable James Ware, United States District Court

- 2 -

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME DEFENDANTS BOHN AND MACKINNON'S TO RESPOND TO COMPLAINT