Mark E. Ellis - 127159
June D. Coleman - 191890
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for
DEFENDANTS DOUGLAS MACKINNON AND MARK BOHN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JO ANNE GRAFF, <br><br> PLAINTIFF, <br><br> v. <br><br> LAW OFFICES OF DOUGLAS R. BURGESS, LLC, a New York limited liability company, DOUGLAS ROBERT BURGESS, individually and his official capacity, UNITED STATES CREDIT AGENCY, LLC, F/K/A FIRST AMERICAN INVESTMENT COMPANY, LLC, ET AL, <br><br> DEFENDANTS. | Case No.: C08-01821 JW <br><br> DECLARATION OF MARK BOHN RE: LACK OF PERSONAL JURISDICTION <br><br> DATE: September 15, 2008 <br> TIME: 9:00 a.m. <br> CRTRM: 8, 4th Floor <br> JUDGE: Honorable James Ware |

I, Mark Bohn, declare that:

1. I am a New York resident and a party in the above referenced matter. I have personal knowledge of the information set forth herein below, unless noted as based on information and belief, all of which is true and correct of my own personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. I am not an owner, officer, or employee of LAW OFFICES OF DOUGLAS R. BURGESS, LLC, DOUGLAS ROBERT BURGESS, UNITED STATES CREDIT AGENCY, LLC, F/K/A FIRST AMERICAN INVESTMENT COMPANY, LLC ("the other named defendants").

3. I am an investor who owns, with others, an investment company. This company invests

- 1 -

in various companies, including some that purchase debt portfolios. This company is also a limited liability company.

4. I do not manage or control the operations of any of the other named defendants.

5. I am not, nor have I ever been, directly involved in the day to day operations of the other named defendants.

6. On behalf of the other named defendants, I do not, nor have I ever, managed or trained the collectors employed by or associated with the other named defendants.

7. I do not, nor have I ever, reviewed or supervised the review of collection accounts on behalf of the other named defendants.

8. I did not direct the collection activity against Ms. Graff.

9. I do not have any contact with California, nor did I purposefully avail myself of California's privileges by conducting business in California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on this 9th day of July 2008, in Sacramento, California.

_____
Mark Bohn

Declaration of Mark Bohn re: Lack of Personal Jurisdiction