1  Mark E. Ellis - 127159
   June D. Coleman - 191890
2  ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
   555 University Avenue, Suite 200 East
3  Sacramento, CA 95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821

5  Attorneys for
   DEFENDANTS DOUGLAS MACKINNON AND MARK BOHN
6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11 | JO ANNE GRAFF,                          | Case No.: C08-01821 JW
12 |     PLAINTIFF,                          | DECLARATION OF DOUGLAS
   |                                         | MACKINNON RE: LACK OF PERSONAL
13 | v.                                      | JURISDICTION
14 | LAW OFFICES OF DOUGLAS R. BURGESS,      |
   | LLC, a New York limited liability company, | DATE:  September 15, 2008
15 | DOUGLAS ROBERT BURGESS, individually    | TIME:  9:00 a.m.
   | and his official capacity, UNITED STATES| CRTRM: 8, 4th Floor
16 | CREDIT AGENCY, LLC, F/K/A FIRST         | JUDGE: Honorable James Ware
   | AMERICAN INVESTMENT COMPANY,            |
17 | LLC, ET AL,                             |
18 |     DEFENDANTS.                         |

19

20         I, Douglas MacKinnon, declare that:

21         1.    I am a New York resident and a party in the above referenced matter. I have personal

22  knowledge of the information set forth herein below, unless noted as based on information and belief,

23  all of which is true and correct of my own personal knowledge, and if called upon to testify, I could

24  and would competently testify thereto.

25         2.    I am not an owner, officer, or employee of LAW OFFICES OF DOUGLAS R.

26  BURGESS, LLC, DOUGLAS ROBERT BURGESS, UNITED STATES CREDIT AGENCY, LLC,

27  F/K/A FIRST AMERICAN INVESTMENT COMPANY, LLC ("the other named defendants").

28         3.    I am an investor who owns, with others, an investment company. This company invests

- 1 -

1  in various companies, including some that purchase debt portfolios. This company is also a limited
2  liability company.

3      4.    I do not manage or control the operations of any of the other named defendants.

4      5.    I am not, nor have I ever been, directly involved in the day to day operations of the
5  other named defendants.

6      6.    On behalf of the other named defendants, I do not, nor have I ever, managed or trained
7  the collectors employed by or associated with the other named defendants.

8      7.    I do not, nor have I ever, reviewed or supervised the review of collection accounts on
9  behalf of the other named defendants.

10      8.    I did not direct the collection activity against Ms. Graff.

11      9.    I do not have any contact with California, nor did I purposefully avail myself of
12  California's privileges by conducting business in California.

13  I declare under penalty of perjury under the laws of the State of California that the foregoing is
14  true and correct and that this Declaration was executed on this 9th day of July 2008, in Sacramento,
15  California.

_____
Douglas MacKinnon