June D. Coleman – 191890
Jennifer S. Gregory - 228593
ELLIS, COLEMAN, POIRIER, LAVOIE,
  & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendants DOUGLAS MacKINNON AND MARK BOHN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JO ANNE GRAFF,<br><br>        PLAINTIFF,<br><br>v.<br><br>LAW OFFICES OF DOUGLAS R. BURGESS, LLC, a New York limited liability company, DOUGLAS ROBERT BURGESS, individually and his official capacity, UNITED STATES CREDIT AGENCY, LLC, F/K/A FIRST AMERICAN INVESTMENT COMPANY, LLC, ET AL,<br><br>        DEFENDANTS. | Case No.: C08-01821 JW<br><br>**DECLARATION OF JUNE D. COLEMAN IN SUPPORT OF DEFENDANTS DOUGLAS MacKINNON AND MARK BOHN'S MOTION TO DISMISS (RULE 12(b)(2)**<br><br>DATE:        September 15, 2008<br>TIME:         9:00 a.m.<br>CRTRM:    8, 4th Floor<br>JUDGE:      Honorable James Ware |

I, June D. Coleman declare as follows:

1.    I am an attorney duly licensed to practice in all courts of the State of California, as well as all the federal courts in California and the Ninth Circuit Court of Appeals.  I am a partner with the law firm of Ellis, Coleman, Poirier, LaVoie, & Steinheimer, LLP, attorneys of record for Defendants DOUGLAS MacKINNON AND MARK BOHN, herein.  I have personal knowledge of the information set forth herein below, unless noted as based on information and belief, all of which is true and correct of my own personal knowledge, and if called upon to testify, I could and would competently testify thereto.

- 1 -

DECLARATION OF JUNE D. COLEMAN IN SUPPORT OF DEFENDANTS DOUGLAS MacKINNON AND MARK BOHN'S MOTION TO DISMISS (RULE 12(b)(2)

2.  I have shared the declarations prepared by Messrs. Bohn and MacKinnon with Mr. Schwinn, plaintiff's counsel, and explained the legal and factual basis for the motion to dismiss based on lack of personal jurisdiction. I also requested that Mr. Schwinn provide me with all information he had that supported the allegations in the Complaint that Messrs. Bohn and MacKinnon were appropriate defendants and were subject to personal jurisdiction in California. Mr. Schwinn refused to provide me with any such information, stating:

> We have a good faith basis to believe that your clients are involved in these collection operations. However, we are unable share our information with you until after we have had an opportunity to depose your clients.

I declare under the penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed at Sacramento, California on July 31, 2008.

By  /s June D. Coleman
    June D. Coleman

- 2 -

DECLARATION OF JUNE D. COLEMAN IN SUPPORT OF DEFENDANTS DOUGLAS MacKINNON AND MARK BOHN'S MOTION TO DISMISS (RULE 12(b)(2))