**United States District Court**
For the Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    JO ANNE GRAFF,                              No. C 08-01821 JW

8            Plaintiff(s),
                                                 CLERK'S NOTICE CONTINUING MOTION
9        v.                                      HEARING

10   LAW OFFICE OF DOUGLAS R. BURGESS,
     LLC., ET AL.,
11
             Defendant(s).
12
     _____/
13

14   TO ALL PARTIES AND COUNSEL OF RECORD:

15

16   YOU ARE NOTIFIED THAT the Motion to Dismiss  before Judge James Ware previously noticed

17   for September 15, 2008 at 9:00 AM has been reset to **November 3, 2008 at 9:00 AM in** Courtroom

18   8, 4th Floor, 280 S. 1st  Street, San Jose, California.

19   Dated:  July 31, 2008
                                                 FOR THE COURT,
20                                               Richard W. Wieking, Clerk

21

22                                               by:  _____/s/_____
                                                      Elizabeth Garcia
23                                                    Courtroom Deputy

24

25

26

27

28