**United States District Court**
For the Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    JO ANNE GRAFF,                          No. C 08-01821 JW

8              Plaintiff(s),
                                             CLERK'S NOTICE CONTINUING MOTION
9         v.                                 HEARING; CASE MANAGEMENT
                                             CONFERENCE
10   LAW OFFICE OF DOUGLAS R. BURGESS,
     LLC., ET AL.,
11
               Defendant(s).
12   _____/
13

14   TO ALL PARTIES AND COUNSEL OF RECORD:

15

16   YOU ARE NOTIFIED THAT the Motion to Dismiss  before Judge James Ware previously noticed

17   for September 15, 2008 at 9:00 AM has been reset to **November 3, 2008 at 9:00 AM in** Courtroom

18   8, 4th Floor, 280 S. 1st  Street, San Jose, California.  The Court continues the Case Management

19   Conference previously set for October 6, 2008 at 10:00 AM to **November 3, 2008 at 10:00 AM.**

20   Dated:  July 31, 2008

21                                           FOR THE COURT,
                                             Richard W. Wieking, Clerk
22

23                                           by:  _____/s/_____
                                                    Elizabeth Garcia
24                                                  Courtroom Deputy

25

26

27

28