Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JO ANNE GRAFF

*IT IS SO ORDERED* — Judge James Ware

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JO ANNE GRAFF,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LAW OFFICE OF DOUGLAS R. BURGESS, LLC, a New York limited liability company, DOUGLAS ROBERT BURGESS, individually and his official capacity, UNITED STATES CREDIT AGENCY, LLC, F/K/A FIRST AMERICAN INVESTMENT COMPANY, LLC, a New York limited liability company, ACCOUNT MANAGEMENT SERVICES ROCHESTER, LLC, a Delaware limited liability company, DOUGLAS J. MACKINNON, SR., individually and his official capacity, and MARK F. BOHN, individually and his official capacity,<br><br>　　　　　　Defendants. | Case No. C08-01821-JW-PVT<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS, DOUGLAS J. MACKINNON, SR., AND MARK BOHN, ONLY AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Plaintiff, JO ANNE GRAFF, and Defendants, DOUGLAS J. MACKINNON, SR., and MARK F. BOHN, hereby stipulate and agree that the claims asserted in the above-captioned proceeding are hereby dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).  All parties to bear their own costs and attorneys fees.

/ / /

| | |
|---|---|
| Dated:  March 13, 2009 | /s/ Fred W. Schwinn<br>Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>JO ANNE GRAFF |
| Dated:  March 13, 2009 | /s/ June D. Coleman<br>June D. Coleman, Esq.<br>Attorney for Defendants<br>DOUGLAS J. MACKINNON, SR. and<br>MARK F. BOHN |

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

    The Clerk shall terminate the above referenced Defendants from this action.

Dated: March 18, 2009

                              The Honorable James Ware
                              Judge of the District Court